# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Peanuts Worldwide LLC

                              Plaintiff,

v.                                                                 Case No.: 1:21−cv−06096

                                                                                Honorable Robert W. Gettleman

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 19, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion for extension of time to respond [46] is granted. Defendants new−new, Lucky Tings, and SHUZILI's responsive pleading due on or before 1/31/2022. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.